1  RICHARD T. WHITE #58622
   DAWN NEWTON #209002
2  SARA N. PASQUINELLI #233512
   FITZGERALD ABBOTT & BEARDSLEY LLP
3  1221 Broadway, 21st Floor
   Oakland, California 94612
4  Telephone: (510) 451-3300
   Facsimile: (510) 451-1527
5  Email: rwhite@fablaw.com;
   dnewton@fablaw.com; spasquinelli@fablaw.com
6

7  Attorneys for Plaintiff YottaMark, Inc

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10 YOTTAMARK, INC., a California          Case No.: C09-03055 CRB
   corporation,
11                                        **STIPULATED EXTENSION OF
                  Plaintiff,              STIPULATION AND PRELIMINARY
12                                        INJUNCTION AND ORDER TO STAY
           vs.                            ENTIRE MATTER PENDING
13                                        SETTLEMENT DISCUSSIONS**

14 TRACEGAINS, INC., a Colorado
   corporation, BRADLEY LONG, an
15 individual, and DOES 1 through 25 inclusive,

16                Defendants.

17

18         WHEREAS, Plaintiff YottaMark, Inc. ("YottaMark" or "Plaintiff") filed a lawsuit in the

19 above-captioned case against Defendants TraceGains, Inc. ("TraceGains") and Bradley Long

20 ("Long") (collectively referred to hereinafter as "Defendants") on July 7, 2009;

21         WHEREAS, on July 13, 2009, the court entered the Parties' Stipulation and Preliminary

22 Injunction and Order to Stay Entire Matter Pending Settlement Discussions;

23         WHEREAS, the Parties have been engaged in ongoing settlement discussions;

24         WHEREAS, the Parties agree to a brief extension to allow for conclusion of those

25 settlement discussions;

26 ///

27                                              1
28 STIPULATED EXTENSION OF STIPULATION AND PRELIMINARY INJUNCTION AND
   ORDER TO STAY ENTIRE MATTER PENDING SETTLEMENT DISCUSSIONS CASE
                         NO.: C09-03055 CRB

9/11/09 (26177) #346685.1

1  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND
2  AMONG THE UNDERSIGNED ON BEHALF OF THEIR RESPECTIVE CLIENTS AS
3  FOLLOWS:
4      1.    Certain provisions of the Stipulation and Preliminary Injunction and Order to
5  Stay Entire Matter Pending Settlement Discussions, are scheduled to expire on September 30,
6  2009;
7      2.    The Parties may require at least an additional 15 days to conclude those
8  discussions in a final settlement; and
9      3.    The Parties agree to extend all terms through and including October 15, 2009.

September 17, 2009

FITZGERALD ABBOTT & BEARDSLEY LLP

By _____
Richard T. White
Attorneys for Plaintiff YottaMark, Inc.

HIXSON NAGATANI LLP

September 11, 2009

By _____
Raymond H. Hixson, Jr.
Attorneys for Defendant TraceGains, Inc.
Attorneys for AgInfoLink Global, Inc.

CARR & FERRELL LLP

September 11, 2009

By _____
Stuart C. Clark
Attorneys for Defendant Bradley Long

**ORDER**

IT IS SO ORDERED.

Dated: September 16, 2009

_____
United States

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATED EXTENSION OF STIPULATION AND PRELIMINARY INJUNCTION AND ORDER TO STAY ENTIRE MATTER PENDING SETTLEMENT DISCUSSIONS — CASE NO.: C09-03055 CRB

9/11/09 (26177) #346685.1

2