RICHARD T. WHITE #58622
DAWN NEWTON #209002
SARA N. PASQUINELLI #233512
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: rwhite@fablaw.com;
dnewton@fablaw.com; spasquinelli@fablaw.com

Attorneys for Plaintiff YottaMark, Inc

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOTTAMARK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TRACEGAINS, INC., a Colorado corporation, BRADLEY LONG, an individual, and DOES 1 through 25 inclusive,<br><br>Defendants. | Case No.: C09-03055 CRB<br><br>**ORDER** ~~NOTICE~~ **OF DISMISSAL**<br><br>[FRCP 41(a)(1)(A)(i)] |

    Plaintiff, through its designated counsel, hereby requests that the Court dismiss with prejudice the above-captioned action pursuant to FRCP 41(a)(1)(A)(i). This Notice of Dismissal is appropriate, as the Defendants have not yet filed either an answer or a motion for summary judgment.

March 14, 2011

FITZGERALD ABBOTT & BEARDSLEY LLP

By _/s/ Dawn Newton_
Dawn Newton
Attorneys for Plaintiff YottaMark, Inc.

---

1
NOTICE OF DISMISSAL CASE NO.: C09-03055 CRB

3/14/2011(26177)#408504.1

1
2
3                                              **ORDER**
4       **IT IS SO ORDERED.**
5
6
7   Dated:  _____March 15__, 2011
                                          _____
8                                          United States District C
9
10
11

                      2
    [FRCP 41(A)(1)(A)(I)] CASE NO.: C09-03055 CRB

3/14/2011(26177)#408504.1